IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**WILLIAM GOODMAN,** *ET AL.*                                                    **PLAINTIFFS**

**4:19-CV-00427-BRW**

**DE WAFELBAKKERS LLC**                                                          **DEFENDANT**

**ORDER**

Now that the deadline for opting-in has passed and the parties properly negotiated liability and fees separately, the Joint Motion for Approval of Stipulated FLSA Collective Action Settlement (Doc. No. 11) is GRANTED. However, I would note that approval of this agreement does not mean that I think $275 an hour is a reasonable rate for Mr. Burks.[1] It is too high. Be that as it may, Defendant agreed.

This case is DISMISSED pursuant to the terms of the settlement agreement. This Court specifically retains jurisdiction to enforce the terms of the settlement agreement.

IT IS SO ORDERED this 10th day of June, 2020.

                                               Billy Roy Wilson
                                               UNITED STATES DISTRICT JUDGE

---

[1] See *Vines v. Welspun Pipes Inc, et al*, No 4:18-CV-00509, Doc. No. 95 (E.D. Ark. June 9, 2020) (finding a reasonable hourly rate of $175 an hour for Mr. Burks).